UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ACCENT PHYSICIAN SPECIALISTS, PA

    Plaintiff,

vs.                                                      CASE NO. 1:15-cv-123-MW-GRJ

MEDFLOW, INC., et al.,

    Defendant.
_____/

## **DEFENDANTS' NOTICE OF SETTLEMENT**

Defendants Medflow, Inc. and Eli Global, LLC, hereby notify the Court, pursuant to N.D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between the parties, with each side to bear their own attorneys' fees and costs. Parties will submit a stipulation of dismissal with prejudice within the next 30 days. Parties request that the Court retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

                                      Respectfully submitted,

                                      s/ Thomas M. Findley
                                      Thomas M. Findley
                                      Florida Bar No. 0797855
                                      tfindley@lawfla.com
                                      MESSER CAPARELLO, P.A.
                                      2618 Centennial Place
                                      Tallahassee, Florida 32308
                                      Telephone: (850) 222-0720
                                      Facsimile: (850) 224-4359

                                      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 16, 2015, I electronically filed the foregoing Notice with the Clerk of Court by the CM/ECF system, which will send an electronic notice to the following authorized CM/ECF filers:

> Mark S. Thomas
> Thomas Health Law Group, PA
> 5200 SW 40th Avenue, Suite 101-B
> Gainesville, FL 32608
> Mark@ThomasHLG.com

>> s/Thomas M. Findley
>> Attorney